Case 1:22-cr-00085-TBM-BWR   Document 55   Filed 06/26/25   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Jun 26 2025

ARTHUR JOHNSTON, CLERK

United States of America )
v. )
WILLIE RAY WASHINGTON )
)   Case No: 1:22cr85TBM-BWR-001
)   USM No: 07221-510
Date of Original Judgment: 08/30/2023 )
Date of Previous Amended Judgment: )   Abby Brumley Edwards
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/30/2023 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: June 26, 2025

*Judge's signature*

Effective Date: _____
*(if different from order date)*

The Honorable Taylor B McNeel., U.S. District Judge
*Printed name and title*